App. Div.]              Second Department, April, 1909.

The People of the State of New York ex rel. John W. Cunningham, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Motion granted, without costs, on condition that the respondent pay to the relator all the expense which may be incurred by the latter in changing the printed record to conform with the amendment. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Joseph F. Quigg, Respondent, v. Post & McCord, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

John Rodzborski, Respondent, v. American Sugar Refining Company, Appellant.— Motion denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Tilly Schnurr, Appellant, v. Alexander Quinn, Respondent.— Motion denied, with ten dollars costs. Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

Julius Silver, Appellant, v. Jachiel Rebhun, Respondent.— Motion to dismiss appeal granted, with costs, unless the appellant within fifteen days perfect the appeal, place the cause at the foot of the present calendar and be ready for argument when reached, in which case the motion is denied, without costs. Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

Max Strammer, Respondent, v. Abraham Mendelson, Appellant.— Motion denied, with ten dollars costs. Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

George W. Simers, Jr., Judgment Creditor, v. Josiah J. White, Judgment Debtor.— Motion denied, with ten dollars costs. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Leonard Singer, as Administrator, etc., of Bertha Singer, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Motion denied, with ten dollars costs. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Michael L. Smith, Respondent, v. The Long Island Railroad Company, Appellant.— Motion denied, with ten dollars costs. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

The Stapleton National Bank, Respondent, v. United States Fidelity and Guaranty Company, Appellant.— Motion denied, with ten dollars costs. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Henry Weyand and Another, Appellants, v. Frederick G. Randall and Others, Respondents.— Motion denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Max Wolinsky, Respondent, v. Charles Lindenbaum, Appellant, Impleaded, etc.— Motion granted, without costs. Present — Hirschberg, P. J., Woodward Jenks, Rich and Miller, JJ.

Charles Zenner, Respondent, v. Mary M. Ward, Appellant.— Motion denied, without costs. Present — Woodward, Jenks, Gaynor and Miller, JJ.; Burr, J., taking no part.

Hon. A. H. F. Seeger is hereby appointed a member of the Committee on